[This opinion has been published in *Ohio Official Reports* at 84 Ohio St.3d 114.]

THE STATE EX REL. MORRIS, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Morris v. Indus. Comm.*, 1998-Ohio-662.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 98-745–Submitted October 12, 1998–Decided December 9, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 97APD01-102.

————————————

*Law Office of Thomas Tootle* and *Thomas Tootle*, for appellant.

*Betty D. Montgomery*, Attorney General, and *C. Bradley Howenstein*, Assistant Attorney General, for appellee.

————————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————